IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DELORIS SUMPTER                                                                                    PLAINTIFF

v.                                    No. 3:14-cv-229-DPM

CRITTENDEN HOSPITAL
ASSOCIATION, ET AL.                                                                           DEFENDANTS


RHONDA MICHELLE GOODFELLOW,
on behalf of herself and all similarly situated
persons                                                                                                  PLAINTIFF

v.                                    No. 3:14-cv-226-DPM

EUGENE K. CASHMAN, JR., ET AL.                                                    DEFENDANTS

ORDER

For the reasons stated on the record at the 12 December 2014 hearing, the Court makes these rulings in the two cases.

In *Sumpter*, Case No. 3:14-cv-229-DPM:

- Motions to consolidate and continue, № 23, granted as modified;

- Motion to dismiss, № 28, denied as moot;

- Motion to withdraw, № 31, granted;

- Motion to dismiss, № 33, denied as moot; and

- Amended Complaint, № 37, construed as motion for leave to amend and granted.

In *Goodfellow*, Case No. 3:14-cv-226-DPM:

- Motion to appoint interim counsel, № 34, denied without prejudice;

- Motions to consolidate and continue, № 36, granted as modified;

- Motion to intervene, № 41, denied as unnecessary;

- The Court also directs the Clerk to correct № 41 & 42 to show that this motion and memorandum were filed by the plan participants, not the plan;

- Motion to dismiss, № 43, denied without prejudice as moot;

- Initial Scheduling Order, № 35, vacated; and

- The Court directs the Clerk to correct the docket — № 69 was a motion for a Clerk's default, and one has been entered. № 70.

The Court designates *Sumpter*, Case No. 3:14-cv-229-DPM, as the lead case because it was filed first, albeit in state court. The Court will hold another Rule 16(a) status conference at 1:00 p.m. on Wednesday, 21 January 2015 in Jonesboro. Joint status report due by 14 January 2015. Case stayed until 10 February 2015.

So Ordered.

*D.P. Marshall Jr.* (signature)
D.P. Marshall Jr.
United States District Judge

15 December 2014