IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DELORIS SUMPTER                                                                       PLAINTIFF

v.                              No. 3:14-cv-229-DPM

CRITTENDEN HOSPITAL
ASSOCIATION, ET AL.                                                               DEFENDANTS


RHONDA MICHELLE GOODFELLOW,
on behalf of herself and all similarly situated
persons                                                                                       PLAINTIFF

v.                              No. 3:14-cv-226-DPM

EUGENE K. CASHMAN, JR., ET AL.                                          DEFENDANTS

### ORDER

Joint status report, № 43, noted and appreciated. The Court applauds the progress to date. Press on. The Court looks forward to learning about more good developments next week.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

16 January 2015