IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

YOLANDA GOODMAN,
on behalf of herself and all similarly
situated persons                                                                    PLAINTIFF

v.                              No. 3:14-cv-229-DPM

CRITTENDEN HOSPITAL ASSOCIATION, INC.;
EUGENE K. CASHMAN III; W. BRAD
McCORMICK; CIGNA HEALTH AND LIFE
INSURANCE CO.; JAMIE R. CARTER JR;
DAVID G. BAYTOS; DAVID RAINES JR;
JASON W. COLLARD; HERSCHEL F. OWENS;
ANDREW LUTTRELL; DONNA B. LANIER;
CAROL C. McCORMACK; KEITH M. INGRAM;
RANDALL CATT; WILLIAM JOHNSON;
LANNIE L. LANCASTER; JULIO P. RUIZ;
SHERRY L. LONDON; NESS S. SECHREST;
RANDY R. SULLIVAN; LEVEN WILLIAMS; and
METHODIST LE BONHEUR HEALTHCARE                              DEFENDANTS

ORDER

Clerk's 10 March 2015 report noted and appreciated. Because of all the parties' waivers, I will stay on the case. I look forward to continuing to work with all counsel.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 March 2015