IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

YOLANDA GOODMAN, On Behalf of Herself
and All Similarly Situated Persons                               PLAINTIFF

v.                              No. 3:14-cv-229-DPM

CRITTENDEN HOSPITAL ASSOCIATION,
INC., ET AL.                                                     DEFENDANTS

### ORDER

Goodman's motion to compel, № 89, is denied as moot based on counsel's attached letter, which the Court appreciates.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 August 2015

LAW OFFICES
# BALLIN, BALLIN & FISHMAN, P.C.
200 JEFFERSON AVENUE
SUITE 1250
MEMPHIS, TENNESSEE 38103-2357
Telephone (901) 525-6278
Facsimile (901) 525-6294
www.bbfpc.com

MARVIN E. BALLIN
LESLIE I. BALLIN
RANDALL J. FISHMAN
C. BARRY WARD
GRAY W. BARTLETT
BLAKE D. BALLIN
TIM EDWARDS†*1

RICHARD S. TOWNLEY
SAMUEL M. FARGOTSTEIN
BENJAMIN D. KATZ
KEVIN M. McCORMACK
ANDREW R. CARR, JR.
*Special Counsel*

JENNIFER L. MILLER
Paralegal
B. JUNE YOUNG
Paralegal
DIANE ASBRIDGE
Paralegal

BRANDY JACKSON
Office Administrator

†CERTIFIED CIVIL TRIAL SPECIALIST
*CERTIFIED CIVIL PRETRIAL PRACTICE ADVOCATE
1 ALSO LICENSED IN ARKANSAS, KENTUCKY & MONTANA

August 25, 2015

Honorable D.P. Marshall, Jr.
United States District Judge
600 West Capitol Avenue, Room B149
Little Rock, AR 72201

Re: Goodman, et al vs. Crittenden Hospital Asscn., et al
    No. 3:14-cv-229-DPM
    Our File No.: 1409-2202

Dear Judge Marshall:

Subsequent to Plaintiff's filing of the Motion to Compel Rule 26 Disclosures, we did receive disclosures from defendants Cigna, Crittenden Hospital Association, Inc., and individuals. In my Motion, I should have pointed out (my oversight) that defendant Methodist long ago had filed its disclosures and should not have been the subject of the Motion to Compel. At any rate, that Motion has now been rendered moot by the filing of disclosures.

Yours very truly,

TIM EDWARDS
tedwards@bbfpc.com

TE/da
cc:   **electronically mailed to:**

Plaintiffs' counsel:
Roger Dennis Sumpter, II, Esq.
Vincent O. Chadick, Esq.
Frank Watson, Esq.
Bill Burns, Esq.
Kevin McCormack, Esq.

Defense counsel:
John I. Houseal, Jr    jhouseal@glankler.com,
Don L. Hearn, Jr    dhearn@glanker.com
Mark W. Peters    mpeters@wallerlaw.com,
John E. B. Gerth    jeb.gerth@wallerlaw.com
Harry S. Hurst, Jr    hhurst@phbfirm.com
Peter E. Pederson    ppederson@hinshawlaw.com
Daniel K. Ryan    dryan@hinshawlaw.com
Leigh M. Chiles    lchiles@bakerdonelson.com
Matthew S. Mulqueen    mmulqueen@bakerdonelson.com
Buckner P. Wellford, Esq.    bwellford@bakerdonelson.com