IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

YOLANDA GOODMAN, On Behalf of Herself
and All Similarly Situated Persons                                              PLAINTIFF

v.                              No. 3:14-cv-229-DPM

CRITTENDEN HOSPITAL ASSOCIATION, INC.;
EUGENE K. CASHMAN, III; W. BRAD
McCORMICK; CIGNA HEALTH AND LIFE
INSURANCE CO.; JAMIE R. CARTER, JR.;
DAVID G. BAYTOS; DAVID RAINES, JR.;
JASON W. COLLARD; HERSCHEL F. OWENS;
ANDREW LUTTRELL; DONNA B. LANIER;
CAROL C. McCORMACK; KEITH M. INGRAM;
RANDALL CATT; WILLIAM JOHNSON;
LANNIE L. LANCASTER; JULIO P. RUIZ;
SHERRY L. LONDON; NESS S. SECHREST;
RANDY R. SULLIVAN; LEVEN WILLIAMS; and
METHODIST LE BONHEUR HEALTHCARE                                              DEFENDANTS

**ORDER**

Goodman's unopposed motion to extend discovery and have a status conference, *№ 91*, is granted as modified.  Phase 1 discovery is extended until 18 December 2015.  *Joint report* on scheduling issues needing resolution due by 2 October 2015.  We'll have a conference thereafter if need be.  The Court regrets that the press of other business has prevented it from deciding the motions to dismiss.  The Court hopes to rule on *№ 61* and *№ 69* by the end of

October.  Meanwhile, briefing on class certification should continue.  The parties should hold 6 June 2015 as a back up trial date.

    So Ordered.

                                        */s/ D.P. Marshall Jr.*
                                        D.P. Marshall Jr.
                                        United States District Judge

                                        22 September 2015