**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**YOLANDA GOODMAN, on behalf of herself and all similarly situated persons** — **PLAINTIFF**

**v.** — **No. 3:14-cv-229-DPM**

**CRITTENDEN HOSPITAL ASSOCIATION, INC.; EUGENE K. CASHMAN, III; W. BRAD McCORMICK; CIGNA HEALTH AND LIFE INSURANCE CO.; JAMIE R. CARTER, JR; DAVID G. BAYTOS; DAVID RAINES, JR; JASON W. COLLARD; HERSCHEL F. OWENS; ANDREW LUTTRELL; DONNA B. LANIER; CAROL C. McCORMACK; KEITH M. INGRAM; RANDALL CATT; WILLIAM JOHNSON; LANNIE L. LANCASTER; JULIO P. RUIZ; SHERRY L. LONDON; NESS S. SECHREST; RANDY R. SULLIVAN; and LEVEN WILLIAMS** — **DEFENDANTS**

## ORDER

For the reasons stated on the record at the 5 February 2016 status conference, the Court orders the following:

**A.** An amended final scheduling order will issue.

**B.** The Court also orders these deadlines:

| | | |
|---|---|---|
| **1.** | 10 February 2016 | Parties must submit agreed proposed class notice to the Court. |

| | | |
|---|---|---|
| **2.** | 12 February 2016 | Hospital must identify any withheld privileged material and produce a privilege log. |
| **3.** | 12 February 2016 | Goodman must deliver search terms for Cashman, Tant, and McCormick email accounts to Hospital. |
| **4.** | 26 February 2016 | Hospital and Cigna must provide to Goodman whatever information they can find on the class members' contact information. |
| **5.** | 26 February 2016 | Hospital must tell Goodman whether old servers contain email boxes from any other named defendant, and if so, the amount of data and the estimated cost to recover it. |
| **6.** | 26 February 2016 | Goodman must resolve Methodist discovery issues or tee-up subpoena/motion for protective order, with short briefs, for decision. |
| **7.** | 26 February 2016 | Goodman must tell the Court and the other parties about the status of her common law claims. |
| **8.** | 4 March 2016 | Deadline for defendants to propound discovery. |
| **9.** | 11 March 2016 | Hospital must produce emails from data available as of 5 February 2016. |

**C.** Goodman's WARN Act claim is dismissed without prejudice. Goodman's claims against Donna Lanier and Carol McCormack are also dismissed without prejudice. Lanier and McCormack are dismissed as parties.

So Ordered.

D.P. Marshall Jr.
United States District Judge

9 February 2016