IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

YOLANDA GOODMAN,                                                           PLAINTIFF
on behalf of herself and all similarly
situated persons

v.                              No. 3:14-cv-229-DPM

CRITTENDEN HOSPITAL ASSOCIATION, INC.;
EUGENE K. CASHMAN, III; W. BRAD McCORMICK;
CIGNA HEALTH AND LIFE INSURANCE CO.;
JAMIE R. CARTER, JR; DAVID G. BAYTOS;
DAVID RAINES, JR; JASON W. COLLARD;
HERSCHEL F. OWENS; ANDREW LUTTRELL;
KEITH M. INGRAM; RANDALL CATT;
WILLIAM JOHNSON; LANNIE L. LANCASTER;
JULIO P. RUIZ; SHERRY L. LONDON;
NESS S. SECHREST; RANDY R. SULLIVAN;
and LEVEN WILLIAMS                                                        DEFENDANTS

ORDER

On a scheduling conflict, a tie goes to the deponent. Mr. Edwards, or one of Goodman's several able lawyers, should depose Mr. Baytos on one of the dates most convenient to Mr. Baytos. If that deposition turns up a few more folks who need deposing, the parties should propose a joint solution on how to accomplish this as soon as practicable notwithstanding the discovery cutoff. Joint report, № 141, addressed.

So Ordered.

D.P. Marshall Jr.
United States District Judge

7 July 2016